| | |
|---|---|
| 1<br>2<br>3<br>4 | SO. CAL. EQUAL ACCESS GROUP<br>Jason J. Kim (SBN 190246)<br>Jason Yoon (SBN 306137)<br>101 S. Western Ave., Second Floor<br>Los Angeles, CA 90004<br>Telephone: (213) 205-6560<br>cm@SoCalEAG.com |
| 5 | Attorneys for Plaintiff,<br>IGNACIO VERA |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IGNACIO VERA,<br><br>  Plaintiff,<br><br>vs.<br><br>CORBIN AUTOMOTIVE LLC; CAROLINE CHRISTLIEB, AS TRUSTEE OF THE SCOTT AND CAROLINE CHRISTLIEB TRUST; and DOES 1 to 10,<br><br>  Defendants. | Case No.: 2:24-cv-07624-HDV (PVCx)<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

Notice is hereby given that Plaintiff IGNACIO VERA ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case. Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED: March 5, 2025

                                                  **SO. CAL EQUAL ACCESS GROUP**

                                                  */s/ Jason J. Kim*
                                                  JASON J. KIM
                                                  Attorney for Plaintiff